UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

CRIMINAL NO. 5:06-cr-75-KSF

UNITED STATES OF AMERICA             PLAINTIFF

VS

JERRY SAMPSON SPENCER               DEFENDANT

- O R D E R -

On November 17, 2006, came the plaintiff, the United States of America, by Hydee R. Hawkins, Assistant United States Attorney, and the defendant, Jerry Sampson Spencer, in person and by his attorney, Trevor W. Wells.

A hearing was held on the objections to the presentence report. These proceedings were recorded by Cindy Oakes, Official Court Reporter.

The Court having heard counsel for the respective parties and being sufficiently advised,

IT IS ORDERED,

(1) That the defendant's objection to paragraph 30 of the presentence report, increase in the base offense level for possession of five firearms, is OVERRULED.

(2) That the defendant's objection to paragraph 42 of the presentence report, an enhancement for being an armed career criminal is SUSTAINED.

This 17th day of November, 2006.

KARL S. FORESTER, SENIOR JUDGE